# Court of Appeals
# of the State of Georgia

ATLANTA, July 15, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0881. GARY CAMPBELL, JR. v. GEORGIA DEPT OF HUMAN SERVICES, EX REL., KASHMIR CAMPBELL STERLING.**

The Department of Human Services petitioned the trial court to establish paternity and impose child support obligations on appellant Gary Campbell. Campbell filed a motion to dismiss the action. While the motion to dismiss was pending, the trial court held a hearing on the matter and made an oral ruling that Campbell was the father of the child. The trial court then entered a written order denying Campbell's motion to dismiss. In that order, the trial court noted it was in the process of preparing a written ruling on the paternity case, but no order appears in the record. Campbell subsequently filed a motion to set aside the paternity determination, which appears to have been construed as a notice of appeal.

Pretermitting whether this appeal is interlocutory or required Campbell to comply with our discretionary appeals procedure, the motion to set aside makes no reference to the trial court's order denying the motion to dismiss or any other written order. Therefore, there does not appear to be any basis for this Court to construe the motion to set aside as a notice of appeal.[1]

---

[1] We note that oral orders are not appealable. See *Titelman v. Stedman*, 277 Ga. 460, 461 (591 SE2D 774) (2003).

Because it does not appear that Campbell's motion to set aside a paternity determination gives this Court anything to review, this direct appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   07/15/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*